STATE v. COOPER

No. 28 PC.

Case below: 3 N.C. App. 308.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 12 March 1969.


STATE v. JONES

No. 31 PC.

Case below: 3 N.C. App. 455.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 1 April 1969.


STATE v. PERRY

No. 18 PC.

Case below: 3 N.C. App. 356.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 March 1969.


STATE v. WEAVER

Nos. 22-PC and 14.

Case below: 3 N.C. App. 439.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 March 1969. Appeal of right dismissed for lack of substantial constitutional question 3 March 1969.